IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RICHARD HOWARD IV | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Case No. 4:15CV526 |
| | § | |
| AMH ROMAN TWO TX, LLC, A | § | |
| DELAWARE LIMITED LIABILITY | § | |
| COMPANY, AS LETO, LLC, | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 3, 2015, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's unverified petition for a temporary restraining order (*see* Dkt. 8) be DENIED and Defendant AMH ROMAN TWO TX, LLC's ("AMH") Motion for Adequate Protection (Dkt. 12) be GRANTED.

On December 16, 2015, *pro se* Plaintiff Richard Howard IV filed his objections to the report (*see* Dkt. 26). On January 27, 2016, Defendant AMH filed a notice that it agrees with the report and opts not to respond to Plaintiff's objections (*see* Dkt. 27). Defendant AS LETO, LLC has not filed a response.

The court has made a *de novo* review of the objections raised by Plaintiff, and is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections

are without merit as to the ultimate findings of the Magistrate Judge. The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

Therefore, Plaintiff's unverified petition for a temporary restraining order (*see* Dkt. 8) is DENIED and Defendant AMH's Motion for Adequate Protection (Dkt. 12) is GRANTED.

**IT IS SO ORDERED.**

**SIGNED this the 15th day of June, 2016.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE