IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RICHARD HOWARD IV | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Case No. 4:15CV526 |
| | § | |
| AMH ROMAN TWO TX, LLC, A DELAWARE LIMITED LIABILITY COMPANY, AS LETO, LLC, | § § § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action (Dkt. 32), this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On May 11, 2016, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant AMH ROMAN TWO TX, LLC's ("AMH") Motion for Summary Judgment (Dkt. 16) and Amended Motion for Summary Judgment (Dkt. 17) be GRANTED.

On June 6, 2016, *pro se* Plaintiff Richard Howard IV filed his objections to the report (*see* Dkt. 34). On June 13, 2016, Defendant AMH filed a response to Plaintiff's objections (*see* Dkt. 35). Defendant AS LETO, LLC has been dismissed from the lawsuit (*see* Dkt. 29).

The court has made a *de novo* review of the objections raised by Plaintiff and is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit as to the ultimate findings of the Magistrate Judge. The court hereby adopts

the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

Therefore, Defendant AMH's Motion for Summary Judgment (Dkt. 16) and Amended Motion for Summary Judgment (Dkt. 17) are GRANTED.

**IT IS SO ORDERED.**

**SIGNED this the 17th day of June, 2016.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE